

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 1 3 2009 ★

BROOKLYN OFFICE

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | AFSAAN SALEEM<br>*Senior Counsel*<br>Phone (212) 788-9580<br>Fax: (212) 788-9776<br>asaleem@law.nyc.gov |

November 5, 2009

**VIA E.C.F.**
Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*THE MOTION WILL BE HEARD*

*11/25/09 AT 10:00 a.m.*

Re: Jose Colon v. City of New York, et al., 09 CV 0008 (JBW)(CLP)
    Maximo Colon v. City of New York, et al., 09 CV 0009 (JBW)(VVP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney now assigned to the defense of the City of New York in the above referenced matters. I am writing with the consent of plaintiffs' counsel, to respectfully request an adjournment of the conference that is scheduled for November 13, 2009 at 10:00 a.m.. This is the City's first request for an adjournment of this conference.

    The reason I am requesting the adjournment is that I have an all day deposition that had been previously scheduled which involved the coordination of multiple entities. For this reason, I would like to adjourn the conference. I have conferred with plaintiff's counsel and if the court is available the parties are available to conduct the conference in the afternoon of November 20, 2009 or any time on November 25, 2009.

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Afsaan Saleem

cc: Rochelle S. Berliner, Esq.
    Christina A. Hall, Esq.

