**United States District Court**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

JACK B. WEINSTEIN
Senior District Judge

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 17 2009 ★
BROOKLYN OFFICE

December 11, 2009

Walter K. Hurdle
R.N.D.C, 87509-02992
11-11 Hazen Street
East Elmhurst, N.Y. 11370

CV09-0008 (jbw)
CV09-0009 (jbw)

Dear Mr. Hurdle,

Thank you for your letter of December 5, 2009. The court can take no action in a case not before it. Your letter has been filed in the case now pending for the information of counsel.

Respectfully,

June P. Lowe
Case Manager