

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KARL J. ASHANTI
Assistant Corporation Counsel
Phone: (212) 227-0414
Fax: (212) 788-9776
kashanti@law.nyc.gov

September 2, 2010

**BY ECF**
Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Jose Colon v. City of New York, et al.</u>, 09 CV 0008 (JBW)(CLP)
              <u>Maximo Colon v. City of New York, et al.</u>, 09 CV 0009 (JBW)(VVP)

Your Honor:

        I represent the defendant City of New York ("City") in the above-referenced matter. I write to advise the Court that plaintiffs have reached a settlement agreement with defendant City only. A Stipulation and Order of Settlement and Dismissal concerning this agreement will be forwarded to the Court upon execution by plaintiffs and the City.

        Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        Karl J. Ashanti (KA4547)
                                        Assistant Corporation Counsel

cc:    Hon. Cheryl L. Pollak, U.S.M.J.
        Rochelle S. Berliner, Esq.
        Christina A. Hall, Esq.
        Steven R. Kartagener, Esq.