**STEVEN R. KARTAGENER**
ATTORNEY AT LAW

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966

September 3, 2010

**BY ECF**
Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>RE: **Jose Colon v. City of New York**, et al.,
>09-cv-0008 (JBW) (CLP),
>**Maximo Colon v. City of New York**, et al.,
>09-cv-0009 (JBW) (CLP),
>**(Defendant Alan Figueroa)**

Dear Judge Weinstein:

    I represent defendant Alan Figueroa in the above-entitled matter. I write to advise the Court that plaintiffs, Jose Colon and Maximo Colon, have reached a settlement agreement with defendant Figueroa. A Stipulation and Order of Settlement and Dismissal concerning this agreement will be forwarded to the Court upon execution by plaintiffs and defendant Figueroa.

    Thank you for your consideration in this matter.

>Respectfully submitted,
>
>*/s/ Steven R. Kartagener*
>
>Steven R. Kartagener (SK2447)

cc:    Hon. Cheryl L. Pollak, U.S.M.J.
        Christina A. Hall, Esq.
        Rochelle S. Berliner, Esq.
        Karl J. Ashanti, Esq.
        Meghan Ann Cavalieri, Esq.
        Mary Theresa O'Flynn, Esq.