```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 3 0 2010 ★

BROOKLYN OFFICE

JOSE COLON,

                                Plaintiff,

           -against-

THE CITY OF NEW YORK and POLICE OFFICERS HENRY TAVAREZ, STEVEN ANDERSON and ALAN FIGUEROA and DETECTIVE MIGUEL CARVAJAL and POLICE OFFICERS JOHN AND JAN DOE #1-10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                Defendants.

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

09 CV 8 (JBW)(CLP)

```
                                                              x
------------------------------------------------------------x
```

MAXIMO COLON,

                                Plaintiff,

           -against-

THE CITY OF NEW YORK and POLICE OFFICERS HENRY TAVAREZ, STEVEN ANDERSON and ALAN FIGUEROA and DETECTIVE MIGUEL CARVAJAL and POLICE OFFICERS JOHN AND JANE DOE #1-10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                Defendants.

09 CV 8 (JBW)(CLP)

09 CV 9 (JBW)(CLP)

```
------------------------------------------------------------x
```

        **WHEREAS**, plaintiffs JOSE COLON and MAXIMO COLON and defendant City of New York[1] have reached a settlement agreement and now desire to resolve the remaining

---

[1] Pursuant to a Stipulation and Order of Dismissal dated April 6, 2010, all claims against defendant Detective Miguel Carvajal were withdrawn with prejudice and he is no longer a party to this action.



issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The claims against defendant City of New York in the above-referenced are hereby dismissed with prejudice.

2. It is hereby agreed that the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the stipulation executed by the parties on September 15 2010, notwithstanding the discontinuance of this action in accord with this agreement.

Dated: New York, New York
Sept 15, 2010

Rochelle S. Berliner, Esq.
*Attorney for Plaintiff Jose Colon*
118-21 Queens Boulevard, Suite 504
Forest Hills, NY 11375
(718) 261-3000

By: Rochelle Berliner
Rochelle S. Berliner, Esq. (RB7463)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, NY 10007
(212) 788-6405

By: 
Karl J. Ashanti, Esq. (KA4547)
Assistant Corporation Counsel

-2-

Christina Andrea Hall, Esq.
*Attorney for Plaintiff Maximo Colon*
330 Cross Bay Blvd
Far Rockaway, New York 11693
(718) 634-1726

By: _____
Christina A. Hall (CH2367)

SO ORDERED:

_____
HON. JACK B. WEINSTEIN, U.S.D.J.
9/22/10

- 3 -