FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 8 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ORDER**

| | |
|---|---|
| JOSE COLON,<br>                    Plaintiff,<br><br>          - against –<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 09-CV-8 |
| MAXIMO COLON,<br>                    Plaintiff,<br><br>          - against –<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 09-CV-9 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

Upon referral from the court, the magistrate judge recommended on February 9, 2012

that:

> defendants Henry Tavarez and Steven Anderson be held jointly and severally
> liable to plaintiffs as follows: (1) plaintiff Jose Colon to be awarded $213,393.95,
> representing $131,708.95 in lost wages, $50,000 in emotional distress damages,
> $31,185.00 in attorney's fees, and $500.00 in costs; and (2) plaintiff Maximo
> Colon to be awarded $218,943.95, representing $131,708.95 in lost wages,
> $65,000 in emotional distress damages, $21,735.00 in attorney's fees, and
> $500.00 in costs.

Report and Recommendation 47, Colon v. City of New York et al., No. 09-CV-08 (E.D.N.Y.

Feb. 9, 2012), CM/ECF No. 172 (footnote omitted).

The magistrate judge also stated that:

1

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 72(b); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

*Id.*

No objection having been taken, the Report and Recommendation is adopted.

The Clerk of the Court is directed to enter judgment as indicated above.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: February 28, 2012
Brooklyn, New York

2